1   PHILLIP A. TALBERT
    United States Attorney
2   PETER K. THOMPSON (HI 5890)
    Acting Regional Chief Counsel
3   MARGARET LEHRKIND, CSBN 314717
    Special Assistant United States Attorney
4       Social Security Administration
        160 Spear Street, Suite 800
5       San Francisco, CA 94105
        Telephone: (510) 970-4829
6       Facsimile: (415) 744-0134
    Attorneys for Defendant
7

8

9

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12                     FRESNO DIVISION

13

14                                          No. 1:21-cv-01296-DAD-GSA
    THOMAS L. MCABEE,
15
                Plaintiff,
16                                          STIPULATION AND PROPOSED ORDER FOR
    v.                                      EXTENSION TO FILE DEFENDANT'S
17                                          OPPOSITION TO PLAINTIFF'S OPENING
    KILOLO KIJAKAZI,                        BRIEF
18  Acting Commissioner of Social Security,
19
                Defendant.[1]
20
            IT IS HEREBY STIPULATED, by and between Thomas McAbee (Plaintiff) and Kilolo
21
    Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective
22
    counsel of record, that, with the Court's approval, Defendant shall have an extension of time of
23
    sixty (60) days to file a Response to Plaintiff's Opening Brief.  This is Defendant's first request
24

25

26  _____
    [1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to
27  Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore,
    for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit
28  by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

for an extension on her Response to Plaintiff's Opening Brief.  The current due date is September 12, 2022. The new date will be November 10, 2022. All other deadlines will extend accordingly.

Good cause exists for this request.  Defendant's counsel has worked diligently to meet the timelines provided by the Court but has been prevented from doing so by her very full briefing schedule.  Defendant's counsel has eighty-one other active cases in various stages of litigation, and 18 responsive briefs due in the next 30 days.  Additionally, Defendant's counsel has other responsibilities with another practice group in her office where the work cannot be extended. Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily.  Defendant apologizes to the Court for any inconvenience caused by this delay. Defendant's counsel contacted Plaintiff's counsel on September 2, 2022, and he had no objection to this request.

Respectfully submitted,

DATE: September 2, 2022

*/s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
United States Attorney

DATE: September 2, 2022              By    *s/ Margaret Lehrkind*
MARGARET LEHRKIND
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation,

IT IS SO ORDERED.

Dated:  __**September 2, 2022**__              _____**/s/ Gary S. Austin**_____
UNITED STATES MAGISTRATE JUDGE

2