PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, SBN WA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4829
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THOMAS L. MCABEE,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>  Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:21-cv-01296-DAD-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between Thomas McAbee (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of twenty-one (21) days to file a Response to Plaintiff's Opening Brief.  This is Defendant's second request for an extension on her Response to Plaintiff's Opening Brief.  The current due date is November 10, 2022. The new date will be December 1, 2022. All other deadlines will extend accordingly.

    Good cause exists for this request. Defendant's counsel has reviewed the pleadings in this case and the certified administrative record. However, she requires more time to engage in settlement discussions with her client. Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily. Defendant apologizes to the Court for any inconvenience caused by this delay. Defendant's counsel contacted Plaintiff's counsel on November 9, 2022, and he had no objection to this request.

                                     Respectfully submitted,

DATE: November 9, 2022                       */s/ Jonathan Omar Pena*
                                                       JONATHAN OMAR PENA
                                                       Attorney for Plaintiff
                                                       (as approved via email)

                                                       PHILLIP A. TALBERT
                                                       United States Attorney

DATE: November 9, 2022        By   *s/ Margaret Lehrkind*
                                                       MARGARET LEHRKIND
                                                       Special Assistant United States Attorney

                                                       Attorneys for Defendant

                                                       ORDER

    Pursuant to stipulation,

IT IS SO ORDERED.

    Dated:   **November 9, 2022**                  **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE