1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, SBN WA 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
4  MARGARET LEHRKIND, CSBN 314717
   Special Assistant United States Attorney
5      Social Security Administration
       160 Spear Street, Suite 800
6      San Francisco, CA 94105
       Telephone: (510) 970-4829
7      Facsimile: (415) 744-0134
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| THOMAS L. MCABEE, | No. 1:21-cv-01296-DAD-GSA |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Thomas McAbee (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of thirty (30) days to file a Response to Plaintiff's Opening Brief.  This is Defendant's third request for an extension on her Response to Plaintiff's Opening Brief.  The current due date is December 2, 2022. The new date will be January 1, 2023. All other deadlines will extend accordingly.

Good cause exists for this request. Defendant's counsel is in her eighth month of pregnancy and has unfortunately encountered some complications that require medical appointments three times a week for the month of December. Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily. Defendant apologizes to the Court for any inconvenience caused by this delay. Defendant's counsel contacted Plaintiff's counsel on November 29, 2022, and he had no objection to this request.

Respectfully submitted,

DATE: November 29, 2022       */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
United States Attorney

DATE: November 29, 2022    By    *s/ Margaret Lehrkind*
MARGARET LEHRKIND
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated:   **November 29, 2022**                **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2